UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| JMC PROPERTY GROUP, LLC,<br>KIPCOR 219 LLC,<br>JOEY KIMBROUGH,<br><br>    Plaintiffs,<br><br>  v.<br><br>FORTUNE COMPANIES, INC.,<br>WILLIAMS CHARLES MENGES JR,<br>THOMAS JOSEPH HILLIGOSS JR,<br>JEFFREY WALTER ELFTMAN,<br>DAVID JOSEPH JURKIEWICZ,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) No. 1:23-cv-00390-JPH-TAB<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**FINAL JUDGMENT UNDER FEDERAL RULE OF CIVIL PROCEDURE 58**

Having this day directed the entry of final judgment, the Court now enters **FINAL JUDGMENT** in favor of Defendant and against Plaintiff. This action is dismissed without prejudice.

Date: 5/18/2023

Roger A.G. Sharpe, Clerk

BY: _____
  Deputy Clerk, U.S. District Court

*James Patrick Hanlon*
James Patrick Hanlon
United States District Judge
Southern District of Indiana

Distribution:

JOEY KIMBROUGH
1712 Candy Court South
Kokomo, IN 46902